[No. 7,284.—Department Two.]
Feb. 20, 1882.

CHARLES MARTIN ET AL. *v.* L. W. WALKER ET AL.

ESTOPPEL—RES ADJUDICATA—PARTITION—SUPPLEMENTAL ANSWER.—In an action of partition the Court below found that the plaintiffs were tenants in common with the defendants, but rendered judgment for the latter on the ground that they were in the adverse possession of the land at the time the suit was commenced; but the judgment was reversed in this court, and the cause remanded with directions to make partition.  Intermediate the judgment of the lower court and the reversal the defendants recovered judgment in an action of ejectment for the same land brought by the plaintiffs against them.

*Held:* The judgment subsequently recovered can be pleaded in the partition suit.

MOTION to modify the judgment heretofore rendered by the Supreme Court.  (Reported 58 Cal. 590.)

*E. S. Lippett* and *C. V. Grey,* for Appellants.

*A. W. Thompson,* for Respondents.

The COURT:

The motion to modify the judgment is denied.  We do not see that the defendant can not plead the judgment subsequently recovered in the action brought by plaintiffs against him.